# UNITED STATES NAVY–MARINE CORPS
## COURT OF CRIMINAL APPEALS

_____

**No. 201800221**
_____

**UNITED STATES**
*Appellee*

v.

**Christopher J. CERICOLA**
Lance Corporal (E-3), U.S. Marine Corps
*Appellant*

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary.

*Military Judge:* Major Terrance J. Reese, USMC.

*For Appellant:* Commander R. D. Evans, JAGC, USN.

*For Appellee*: Brian K. Keller, Esq.

_____

Decided 14 December 2018

_____

Before WOODARD, FULTON, and STINSON,
*Appellate Military Judges*

_____

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

FOR THE COURT

RODGER A. DREW, JR.
Clerk of Court